Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

_Southern_ District of _Ms._

_Southern_ Division



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 27 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

Korey B Gottman #243765
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Harrison Co. A.D.C., Et Al
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 1:23cv335 LG-BWR
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Korey B Gottman
All other names by which you have been known:
ID Number: MDOC #243765
Current Institution: S.M.C.F
Address:

Pearl, MS
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Troy Peterson Sheriff
Job or Title (if known): Sheriff
Shield Number:
Employer:
Address: P.O. Box 1480
Gulfport, MS 39501
City / State / Zip Code

[✓] Individual capacity   [✓] Official capacity

Defendant No. 2
Name: Harrison Co. Adult Detition Center
Job or Title (if known): County Jail
Shield Number:
Employer: Physical Address 10451 Larkin Smith Dr., Gulfport Ms,
Address: P.O. Box 1480
Gulfport, MS 39501
City / State / Zip Code

[ ] Individual capacity   [✓] Official capacity

Defendant No. 3
  Name: UnNamed H.C.A.D.C. Officer's + Medical Staff
  Job or Title (if known):
  Shield Number:
  Employer:
  Address: P.O. Box 1480
  Gulfport, Ms. 39501
  City / State / Zip Code
  [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
  Name: Ms. Dept. of Corrections
  Job or Title (if known): C.M.C.F. Facility
  Shield Number:
  Employer:
  Address: P.O. Box 88550
  Pearl, Ms. 39208
  City / State / Zip Code
  [ ] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):
  [ ] Federal officials (a *Bivens* claim)
  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Medical

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Contd. Page 3 Question B. Defendants

No.5) Vital Core Health Stategies
719 S.W. VanBwen St., ste. 100
Topeka, Ks. 66603
☑ Offical Capacity

No.6.) C.M.C.F. Medical staff All Doctors UnNamed
Central Ms. Correctional Facility
P.O. Box 88550
Pearl, Ms. 39208
☑ Individual Capacity   ☑ Offical Capacity

No.7) M.D.O.C. Commissioner Burl Cain
301 N. Lamar St.
Jackson, Ms. 39201   ☑ Offical Capacity

No.8 thru No. 10
H.C.S.O. Patrol Captain C. Overstreet (#13)
H.C.S.O. Deputy Z. Shore (#93)
H.C.S.O. Patrol Sergeant B. Taylor (#52)
Address All - 10451 Larkin Smith Dr.
Gulfport, Ms 39502
All ☑ Individual Capacity   ☑ Offical Capacity

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)* Judge ordered me to complete RRP Program well two warden's and case manager's Don't know where's It's held

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Gulfport Harrison County MS 39503 And Pearl, Ms

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Harrison County Gulfport ms 39503, And Pearl Ms

## Statement of Claim

On or About 5-29-21, Plaintiff was arrested by Officers of the ~~Gulfport~~ H.C.S.O / ~~Biloxi~~ Ms. Police Department. During Plaintiff's arrest Police Officers used Excessive Brute Force Injuring Plaintiff. Plaintiff was Hogg tied with Handcuffs Behind my Back Injuring Both arms and Both wrist and Plaintiff's head and Neck were pinned on the ground by one of the ~~Biloxi~~ H.C.S.O. P.D. Officers where I was later confined at the Harrison Co. Ms. Adult Detention Center in Gulfport Ms. where I was repeatedly Refused medical Care and Placed in a medical Cell that was Full of Black mold with a ceiling that leaked water when it Rained. I was later sentenced in Court to the R.R.P. Program at the Ms. Dept. of Corrections Once Plaintiff was ~~mail~~ admided to the R+C Unit at the Central Ms. Correctional Facility, M.D.O.C. Inheirited the Plaintiff's medical care and well being, that Plaintiff's medical Care has been malpracticed and the Plaintiff is still being denied Placement in the RRP Program within the Department of Corrections as ordered by the Harrison Co. Ms. Circuit Court.

4(B)

C. What date and approximate time did the events giving rise to your claim(s) occur?

whole time From ARREST to PRESENT

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

YES, Admitted with Pryor Medical Injuries

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

BEEN DENIED Proper treatment For Medical Conditions

Have medical Info at House from ENT, Neurologist, Pain Doctor, Eye Doctor

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

44 million H.C.R.D.C., Et Al ~~Police Dept~~ ~~City of~~ Gulfport physical & mental and 44 million ~~City of Biloxi~~ where I was taken to Jail Judge violated medical Rights 44 million At+t cutting cellear service off Flagstar midland for taking 8k and foreclousing on House

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

H.C.A.D.C., CMCF

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Gulfport ms on Kiosk have copy's & Rankin county through paper forms

2. What did you claim in your grievance?

have a long list "Attached"

3. What was the result, if any?

fire chief walked through about it

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

nothing who else can I Report Issue's too when Apparently the fire marshall is paid off

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

SENT PRISON GREVINCES

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) N/A
      Defendant(s)

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      N/A

   3. Docket or index number
      N/A

   4. Name of Judge assigned to your case
      N/A

   5. Approximate date of filing lawsuit
      N/A

   6. Is the case still pending?
      ☐ Yes  N/A
      ☐ No

      If no, give the approximate date of disposition.

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      N/A

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? NO

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)* N/A

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-6-23

Signature of Plaintiff: Kory B Gottman
Printed Name of Plaintiff: Korey B Gottman
Prison Identification #: 243765
Prison Address: P.O. Box 88550
Pearl, MS, 39208

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address